# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4150-19

M.E.C.,

    Plaintiff-Respondent,

v.

C.J.B.,

    Defendant-Appellant.

_____

Submitted June 3, 2020 – Decided June 10, 2021

Before Judges Whipple and Rose.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Burlington County, Docket No. FV-03-1798-20.

Weinberg, Kaplan & Smith, PA, attorneys for appellant (Dawn Kaplan, on the briefs).

The Annese Law Firm, PC attorneys for respondent (Terrance W. Annese, on the brief; Rasha B. Foda, of counsel and on the brief).

PER CURIAM

We have been advised prior to argument that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-4150-19